**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| ROBERTO DURAND,<br><br>                        Plaintiff,<br><br>    v.<br><br>ELY STATE PRISON, *et al.*,<br><br>                        Defendants. | Case No. 3:19-CV-0460-MMD-CLB<br><br>**ORDER RE SERVICE OF PROCESS ON JESSICA LUCCHESSI** |

The United States Marshal has returned the summons addressed to Jessica Lucchessi ("Lucchessi") unexecuted with a note stating the address provided under seal is the wrong address. (ECF No. 28.) The Court notes that the Office of the Attorney General is representing Lucchessi in an unrelated Case No. 3:20-CV-0487-MMD-CSD. Therefore, on or before **February 28, 2022**, the Office of the Attorney shall file a notice advising if it will accept service on behalf of Lucchessi or file an updated address under seal.

**DATED**: February 16, 2022

_____
**UNITED STATES MAGISTRATE JUDGE**