UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ROBERTO DURAND, | Case No. 3:19-CV-00460-MMD-CLB |
| --- | --- |
| Plaintiff, | **ORDER DENYING MOTIONS FOR DEFAULT AND TO COMPEL** |
| v. | [ECF Nos. 34, 35] |
| ELY STATE PRISON, *et al.*, | |
| Defendants. | |

Plaintiff Roberto Durand ("Durand") has filed two motions. The Court will address each motion in turn.

I. **Request for Entry of Default (ECF No. 34)**

Durand filed a First Amended Complaint on October 2, 2020. (ECF No. 12.) The Court screened the First Amended Complaint ("FAC") pursuant to 28 U.S.C. § 1915A. (ECF No. 16.) The Court permitted Durand to proceed on claims of retaliation and deliberate indifference to a serious medical need against one Defendant, Jessica Lucchesi ("Lucchesi"). (*Id.*) Lucchesi was served and responded to the FAC by filing a motion to dismiss on April 29, 2022. (ECF No. 32.) Therefore, Durand's motion for entry of default is **DENIED**. (ECF No. 34.) Durand's response to the motion to dismiss is due on or before May 16, 2022.

II. **Motion to Compel Opposition to Motion for Summary Judgment (ECF No. 35)**

Durand filed a motion to compel an opposition to motion for summary judgment. (ECF No. 35.) No motion for summary judgment has been filed in this case. Therefore, Durand's motion is **DENIED as moot.** (ECF No. 35.)

**DATED**: May 11, 2022.

_____
UNITED STATES MAGISTRATE JUDGE